**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01662-BNB

WALDO MACKEY,

    Applicant,

v.

LOU ARCHULETA,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the Court on the motion (ECF No. 13) Applicant filed *pro se* on November 13, 2014, inquiring into the status of this case.  The motion is GRANTED.  The Court is in receipt of the amended habeas corpus application (ECF No. 5), Respondent's preliminary response (ECF No. 11), and Applicant's reply (ECF No. 12) to the preliminary response, and will rule on Applicant's case in due course.  No further communications from Applicant are necessary.

Dated:  November 17, 2014